[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 30, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-14904
Non-Argument Calendar

_____

D. C. Docket No. 06-00001-CR-OC-10-GRJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGEL LOPEZ-REBOEOREO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 30, 2007)**

Before ANDERSON, BIRCH and CARNES, Circuit Judges.

PER CURIAM:

Angela B. Wright, appointed counsel for Angel Lopez-Reboeoreo, has

moved to withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Lopez-Reboeoreo's convictions and sentences are **AFFIRMED**.